USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2085 UNITED STATES, Appellee, v. IAN ROSARIO MONTANEZ, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] Before Selya, Boudin and Lynch, Circuit Judges.      Michael A. Tucker on brief for appellant.   OCTOBER 12, 1999      Per Curiam. This appeal raises the following issue: whether the district court erred in allowing appellant to include in his plea agreement with the government a waiver of his right to appeal his sentence. With respect to any or all other issues on appeal, defense counsel has filed his brief pursuant to Anders v. California, 386 U.S. 738, 744 (1967); 1st Cir. Loc. R. 46.6(4). Defendant has not filed a separate brief, although he was notified of his right to do so. We have conducted a full examination of the proceedings, including review of the transcripts of the guilty plea hearing and sentencing hearing, the plea agreement and the presentence report. On the basis of that thorough review, we agree with defense counsel that there are no arguable appellate issues as to defendant's conviction, plea and sentence. The undisputed facts amply support defendant's conviction of the crimes charged. The district court fully complied with the requirements under Fed.R.Crim.P. 11 at the change of plea hearing. The government complied with the plea agreement. Defendant received the statutory mandatory minimum sentences for the offenses to which he pled guilty. For purposes of this appeal, we assume without deciding that defendant's waiver of his right to appeal his sentence is not enforceable. We find, however, that the case presents no meritorious issues for appeal. Therefore, counsel's motion to withdraw is granted, and appellant's conviction and sentence are affirmed. See 1st Cir. Loc. R. 27(c) (formerly Loc. R. 27.1).